# United States Court of Appeals for the Fifth Circuit

No. 25-11196
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Yobani Alexander Ramos Iraheta,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CR-53-1

Before Willett, Duncan, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

The Federal Public Defender appointed to represent Yobani Alexander Ramos Iraheta has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramos Iraheta has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-11196

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.